ALEXANDER B. TRUEBLOOD (Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone: (310) 443-4139
Facsimile: (310) 943-2255

ROBERT STEMPLER (Bar No. 160299)
CONSUMER LAW OFFICE OF ROBERT STEMPLER, APC
8200 Wilshire Blvd., Ste 200
Beverly Hills, CA 90211
Telephone: (323) 486-0102
Facsimile: (323) 488-6895

Attorneys for Plaintiff
JAGDEEP BIDWAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEEP S. BIDWAL,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNIFUND CCR PARTNERS, UNIFUND PORTFOLIO A, LLC, MATTHEW W. QUALL, LANG, RICHERT & PATCH, A PROFESSIONAL CORPORATION, EDP/ONE TOUCH, J. ASCORRA, J. WILLIAMS, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No: 3:17-CV-02699 LB<br><br>**STATUS REPORT ON MOTION TO STAY** |

Plaintiff hereby notifies the Court that he will not be moving to stay this case while the parallel state action proceeds. Although plaintiff believes that such a stay would greatly reduce the parties expenses and conserve judicial resources, the issuance of a stay would be under the *Colorado River* doctrine, which is "a narrow exception to the virtually unflagging obligation of the federal courts to exercise the jurisdiction given them." Holder v. Holder, 305 F.3d 854 (9th Cir. 2002). Thus, though a stay would be economical for all parties, the Court has very limited discretion to issue such a stay, absent a stipulation – which defendant won't give. Defendant could also take an appeal if the stay were issued, further complicating this case, since it is an appealable order. Id.

The parties will probably need a ruling on the scope of the Court's order partially staying discovery pending ADR (Docket No. 51), before rescheduling the MSC. The parties' respective positions on that are set out in Docket No. 84.

Dated: August 8, 2018                    Respectfully Submitted,

                                          TRUEBLOOD LAW FIRM


                                          By:    /s/ *Alexander B. Trueblood*
                                                 Alexander B. Trueblood

                                          Attorneys for Plaintiff
                                          JAGDEEP BIDWAL