| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Matthew W. Quall, #183759<br>5200 N. Palm Ave. 4th Floor<br>Fresno, CA 93704<br>TELEPHONE NO.: (559) 228-6700 | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>DEC 0 8 2010<br>JOHN A. CLARKE, CLERK<br>BY [signature] ROMERO DEPUTY |

SUPERIOR COURT OF THE STATE CALIFORNIA
SUPERIOR COURT COUNTY OF LOS ANGELES, VAN NUYS COURTHOUSE

PLAINTIFF/PETITIONER: UNIFUND CCR PARTNERS

DEFENDANT/RESPONDENT: JAGDEEP S BIDWAL, AN INDIVIDUAL

| DECLARATION RE DILIGENCE | CASE NUMBER: 10E14426 |
|---|---|
| | SOP #: 1011223316 |

I, A.GUZMAN, declare:

On 11/22/2010, I received the following documents:

SUMMONS AND COMPLAINT; DECLARATION REGARDING STATEMENT OF VENUE; CIVIL CASE COVER SHEET; CIVIL CASE COVER SHEET ADDENDUM; ALTERNATIVE DISPUTE RESOLUTION NOTICE AND INFORMATION PACKAGE

to serve in the above-referenced matter on the following person or entity:

JAGDEEP S BIDWAL, AN INDIVIDUAL

I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully testify thereto.

I attempted personal service on the following dates and times with the following results: **UNSUCCESSFUL SERVICE**

On: 11/30/10 At: 02:10 PM

Reason: SUBJECT NOT AT THIS ADDRESS

Remarks: THERE ARE NEW TENANTS AT THE GIVEN APT NUMBER

Address To Serve:
4631 KESTER AVE APT 103
SHERMAN OAKS, CA 91403

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on 12/6/2010.

Fee: $ 39.00

16700 Valley View Ave., Suite 440
La Mirada, CA 90638
(800) 225-5337

Person Serving: A.GUZMAN
Registered California Process Server
(1) Exp. Date: 8/2/2011
(2) Registration No.: 482
(3) County: VENTURA

_____
Server

PSI-DD (2-07)

**DECLARATION RE DILIGENCE**