TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendants
Unifund CCR Partners;
Unifund Portfolio A, LLC;
Matthew W. Quall;
Lang, Richert & Patch, A Professional Corporation

UNITED STATE DISTRICT COURT OF ALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAGDEEP S BIDWAL,<br><br>Plaintiff,<br><br>vs.<br><br>UNIFUND CCR PARTNERS; UNIFUND PORTFOLIO A, LLC; MATTHEW W. QUALL; LANG, RICHERT & PATCH, A PROFESSIONAL CORPORATION; ELECTRONIC DOCUMENT PROCESSING ING.; J. ASCORRA; J. WILLIAMS,<br><br>Defendants. | Case No. 3:17-cv-02699-LB<br><br>**DECLARATION OF STEPHEN H. TURNER IN OPPOSITION TO MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>Date: March 7, 2019<br>Time: 9:30 a.m.<br>Courtroom: C<br><br>Honorable Laurel Beeler |

I, Stephen H. Turner, declare as follows:

1. I am an attorney duly licensed to practice in this district court and before all courts of the State of California. I am a partner in Lewis Brisbois Bisgaard & Smith. I serve as the chair of the firm's Consumer Litigation Defense & Financial Services Practice group. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion For Attorneys' Fees. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify

1 competently thereto.

2. I graduated from the University of Southern California School of Law in 1976, and I have been practicing law in California for the past thirty-nine (39) years. During the past 20 years of my career, I have practiced regularly and very extensively in the defense of financial institutions and professionals, including collection agencies, credit grantors, and debt collection law firms, in actions involving claims of unlawful collection practices, intentional misconduct, violations of the Telephone Consumer Protection Act (TCPA), the Fair Debt Collection Practices Act (FDCPA), the Fair Credit Reporting Act (FCRA), the Rosenthal Act and unfair competition statutes. I have defended thousands of these cases filed in all of the courts in California, including this Court, as well as in other jurisdictions across the country, representing debt collectors who have been sued for allegedly violating consumer protection laws.

3. I regularly lecture at collection industry conferences and I publish articles on the area of collection law and more specifically, relating to compliance with Federal and state laws and regulations that address debt collection and credit reporting. I have been selected by the national trade organization, American Collectors Association (ACA), to provide assistance to debt collectors regarding collection activity in California and compliance with state and federal laws.

4. I regularly handle cases asserting claims under the FDCPA and under the California Rosenthal Fair Debt Collection Practices Act filed in the Northern District of California. I bill my clients no more than $425.00 hour for my time for these matters. I routinely bill less. I believe $425.00 is a reasonable rate for attorneys with my level of experience to charge to charge to handle FDCPA matters in the Northern District of California.

5. I have reviewed the pleadings in this case that were filed by counsel for plaintiff, and the procedural chronology of the case. My review indicates that the legal services provided and the legal issues addressed in the case were not

DECLARATION OF STEPHEN H. TURNER IN OPPOSITION TO MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS

substantively or procedurally complex. Based on my experience and personal knowledge, I believe that most if not all of my clients would be unwilling to pay more than $375.00 per hour for my legal services, or for the legal services provided by plaintiff's counsel in this case.

6. I believe the hourly rates sought by counsel for plaintiff are excessive for this case and the services provided. Based upon my experience, the hourly rates sought are clearly not within the reasonable range of market rates charged by private attorneys of similar skill, reputation, and experience for comparable legal services in the Northern District of California. In my opinion, the reasonable hourly market rate based on the experience of counsel for plaintiff and the legal services provided would be no more than $425.00 per hour.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of February, 2019, at New York City, New York.

_____
Stephen H. Turner